

COPY

| | |
|---|---|
| 1 | Robert R. Pohls (California Bar #131021)<br>Jason G. Gong (California Bar #181298) |
| 2 | Stacey L. Leask (California Bar #233281)<br>**POHLS & ASSOCIATES** |
| 3 | 12657 Alcosta Boulevard, Suite 150<br>San Ramon, California 94583 |
| 4 | Telephone: (925) 973-0300<br>Facsimile: (925) 973-0330 |
| 5 | |
| 6 | Attorneys for Defendants **Albertson's, Inc.** and **Albertson's, Inc. Employees' Disability Plan** |

ORIGINAL FILED

AUG 3 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADR

KAMAL JOHAL,

    Plaintiff,

vs.

ALBERTSON'S, INC.; ALBERTSON'S INC. EMPLOYEES' DISABILITY PLAN; and DOES 1 through 20, inclusive,

    Defendants.

Case No. C07-04529 WHA

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants Albertson's, Inc. ("Albertson's") and Albertson's, Inc. Employees' Disability Plan (the "Plan") hereby certify Supervalu, Inc. as an entity which might have a direct, pecuniary interest in the outcome of this case. Albertson's and the Plan further certify that no other person or entity has a direct, pecuniary interest in the outcome of this case.

POHLS & ASSOCIATES

_/s/ Robert R. Pohls_
Robert R. Pohls
Jason G. Gong
Stacey L. Leask
Attorneys for Defendants **Albertson's, Inc.** and **Albertson's, Inc. Employees' Disability Plan**

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS     Page 1
Case No.

# PROOF OF SERVICE

**Kamal Johal v. Albertson's, Inc., et al.**
**Alameda County Superior Court Case No. RG-07338017**
U.S. District Court, Northern District of California, Case No. (not yet assigned)

I, Stacey L. Leask, declare that I am over the age of eighteen years, and not a party to this action or proceeding. My business address is 12657 Alcosta Boulevard, Suite 150, San Ramon, CA 94583. On August 31, 2007, I caused the following document(s) to be served:

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

☉ in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

Terrence J. Coleman, Esq.
**Pillsbury & Levinson, LLP**
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, California 94111

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 31, 2007, at San Ramon, California.

_____
Stacey L. Leask