Terrence J. Coleman    (State Bar No. 172183)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile: (415) 433-4816
E-mail: tcoleman@pillsburylevinson.com

Attorneys for Plaintiff,
KAMAL JOHAL,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMAL JOHAL,<br><br>        Plaintiff,<br><br>v.<br><br>ALBERTSON'S, INC.; ALBERTSON'S INC. EMPLOYEES' DISABILITY PLAN; and DOES 1 through 20, inclusive,<br><br>        Defendants. | Case No. C07-04529 WHA<br><br>**PLAINTIFF KAMAL JOHAL'S DEMAND FOR JURY TRIAL** |

Plaintiff KAMAL JOHAL hereby demands a trial by jury as to all issues presented in the Complaint, and any amendments thereto, pursuant to Rule 38 (b) of the Federal Rules of Civil Procedure.

Dated: September 7, 2007                                      PILLSBURY & LEVINSON, LLP


                                                                       By _____/s/_____
                                                                         Terrence J. Coleman
                                                                         Attorneys for Plaintiff
                                                                         KAMAL JOHAL