COPY
RECEIVED
SEP - 7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

KAMAL JOHAL,

          Plaintiff(s),

v.

ALBERTSON'S, INC.; ALBERTSON'S INC. EMPLOYEES' DISABILITY PLAN; and DOES 1 through 20, inclusive,

          Defendant(s).

CASE NO. C07-04529-WHA-ADR

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Jeffrey J. Droubay, an active member in good standing of the bar of the U.S. District Court, District of Utah, whose business address and telephone number (particular court to which applicant is admitted) is

201 S. Main, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 532-1234

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the defendants in the above-entitled action.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: September 11, 2007

                                                United States District Judge