**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: December 6, 2007

Case No.  C 07-04529 WHA

Title: KAMAL JOHAL  v. ALBERTSON'S INC

Plaintiff Attorneys: Terrence Coleman

Defense Attorneys: Robert Pohls

Deputy Clerk:  Dawn Toland

Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)   CMC - HELD

2)  

Continued to __ for Motion Hearing

Continued to __ for Pretrial Conference

Continued to __ for Trial

**ORDERED AFTER HEARING:**

Parties shall complete initial disclosures by 12/14/07.  Defendant shall file a motion for summary judgment, the admn record and a detailed declaration by 1/24/08.