Robert R. Pohls (California Bar #131021)
Stacey L. Leask (California Bar #233281)
**POHLS & ASSOCIATES**
12657 Alcosta Boulevard, Suite 150
San Ramon, California  94583
Telephone:  (925) 973-0300
Facsimile:  (925) 973-0330

W. Mark Gavre (Pro Hac Vice)
Jeffrey J. Droubay (Pro Hac Vice)
**PARSONS BEHLE & LATIMER**
One Utah Center
201 Main Street, Suite 1800
Salt Lake City, Utah  84111
Telephone:  (925) 532-1234
Facsimile:  (925) 536-6111

Attorneys for Defendants **Albertson's, Inc.** and
**Albertson's, Inc. Employees' Disability Plan**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMAL JOHAL,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>ALBERTSON'S, INC.; ALBERTSON'S, INC. EMPLOYEES' DISABILITY PLAN; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No. C07-04529-WHA<br><br>**DEFENDANTS' STATEMENT IN LIEU OF MOTION FOR SUMMARY JUDGMENT** |

　　　　This action involves a claim that plaintiff made for disability benefits under the Albertson's, Inc. Employees' Disability Plan (the "Plan").  Because plaintiff participated in the Plan by virtue of her employment with Albertson's, Inc., the Plan is governed by ERISA.

　　　　Plaintiff's complaint seeks to recover disability benefits that she alleges to have become payable under the terms of the Plan.  Although it initially concluded otherwise, the Plan now accepts that plaintiff is disabled and has been disabled within the meaning of the Plan since the last date for which she was paid benefits.  The Plan therefore is making arrangements to

promptly restore plaintiff's benefit eligibility and to pay plaintiff an amount equal to the further disability benefits which should have been paid to her under the Plan, minus any offsets.

A copy of the letter that the Plan is sending to plaintiff about this issue is attached hereto as Exhibit 1.

Although it already has asked plaintiff's attorney for information necessary to quantify the offsets for which the Plan provides (as well as the amounts plaintiff claims to be payable for interest and attorneys' fees), the Plan does not yet possess the information required to calculate the amount (if any) that may currently be payable to plaintiff under the Plan. However, once the Plan calculates and pays that sum, this action should simply be dismissed. See, e.g., *McElwaine v. U.S. West, Inc.*, 176 F.3d 1167, 1173-1174 (9th Cir. 1999).

For the foregoing reasons, Albertson's and the Plan no longer intend to file a motion for summary judgment herein. Instead, they respectfully request that the Court vacate the briefing schedule previously set for that previously-planned motion and allow the parties 60 days' time to resolve what remains of this dispute by directing them to return for a status conference on or after March 24, 2008 if -- and only if -- any unsettled issues remain at that time.

Respectfully submitted,

**POHLS & ASSOCIATES**

By: _____
Robert R. Pohls
Attorneys for Defendants **Albertson's, Inc.** and **Albertson's, Inc. Employees' Disability Plan**

## PROOF OF SERVICE

**Kamal Johal v. Albertson's, Inc., et al.**
**U.S. District Court, Northern District of California, Case No. C07-04529-WHA**

I, Robert R. Pohls, declare that I am over the age of eighteen years, and not a party to this action or proceeding. My business address is 12657 Alcosta Boulevard, Suite 150, San Ramon, CA 94583. On January 24, 2008, I caused the following document(s) to be served:

### DEFENDANTS' STATEMENT IN LIEU OF MOTION FOR SUMMARY JUDGMENT

in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

Terrence J. Coleman
**Pillsbury & Levinson, LLP**
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, California 94111

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 24, 2008, at San Ramon, California.

_____
Robert R. Pohls

Case 3:07-cv-04529-WHA   Document 17   Filed 01/24/2008   Page 4 of 5

**EXHIBIT 1**



**SUPERVALU**

Boise Home Office
PO Box 20
Boise, ID 83726
208 369 6200

January 24, 2008

Ms. Kamalijit Johal
P.O. Box 147
Sunol, CA 94586

Re:  Albertson's Inc. Employee's Disability Benefits Plan (Plan)

Dear Ms. Johal:

This letter is to advise you that you have been approved to resume receiving disability income benefits under the Plan.

Disability income benefits are processed once each month, at the end of the month. Therefore, you will begin receiving disability income benefits, as provided under the Plan, by early February.

Additionally, by early February we will calculate the amount of back benefits that are owing to you, after taking into account any offsets that may be applicable under the Plan. This amount will be paid to you by February 15, 2008, plus interest.

You will continue to be eligible for benefits under the Plan as long as you continue to be disabled as defined by the Plan. Therefore, from time to time, as determined by the claims administrator, you will be required to furnish proof of your continued disability.

Sincerely,

Mike Hodge
Director, Health & Welfare Programs
New Albertson's, a SUPERVALU Company


CC:  Terrance J. Coleman, Esq.
     Pillsbury & Levinson, LLP
     600 Montgomery Street, Thirty-First Floor
     San Francisco, CA 94111