IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAMAL JOHAL,

    Plaintiff,

v.

ALBERTSON'S, INC., ALBERTSON'S, INC. EMPLOYEES' DISABILITY PLAN, and DOES 1 through 20, inclusive,

    Defendant.
    /

No. C 07-04529 WHA

**ORDER VACATING BRIEFING SCHEDULE**

In light of defendants' acceptance that plaintiff was disabled according to the terms his employee disability plan, the briefing schedule set forth for plaintiff's motion for summary judgment is **VACATED**. The case management conference set for **MARCH 6, 2008, AT 11:00AM**, will remain as scheduled if there are still remaining unsettled issues at the time.

**IT IS SO ORDERED.**

Dated: January 25, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE