**SUPERVALU**

Boise Home Office
PO Box 20
Boise, ID 83726
208 369 6200

January 24, 2008

Ms. Kamalijit Johal
P.O. Box 147
Sunol, CA 94586

Re: Albertson's Inc. Employee's Disability Benefits Plan (Plan)

Dear Ms. Johal:

This letter is to advise you that you have been approved to resume receiving disability income benefits under the Plan.

Disability income benefits are processed once each month, at the end of the month. Therefore, you will begin receiving disability income benefits, as provided under the Plan, by early February.

Additionally, by early February we will calculate the amount of back benefits that are owing to you, after taking into account any offsets that may be applicable under the Plan. This amount will be paid to you by February 15, 2008, plus interest.

You will continue to be eligible for benefits under the Plan as long as you continue to be disabled as defined by the Plan. Therefore, from time to time, as determined by the claims administrator, you will be required to furnish proof of your continued disability.

Sincerely,

Mike Hodge
Director, Health & Welfare Programs
New Albertson's, a SUPERVALU Company

CC: Terrance J. Coleman, Esq.
    Pillsbury & Levinson, LLP
    600 Montgomery Street, Thirty-First Floor
    San Francisco, CA 94111