

**SUPERVALU**

Boise Home Office
PO Box 20
Boise, ID 83726
208 369 6200

February 5, 2008

Ms. Kamalijit Johal
P.O. Box 147
Sunol, CA 94586

Re: Albertson's Inc. Employee's Disability Benefits Plan (Plan)

Dear Ms. Johal:

Please find enclosed a check for $26,180.52 representing payments due under the Plan from November 2006 through January 2008, plus interest at the rate of 3.9% per year. Also enclosed is a month by month calculation of the payments and interest due. Please note that no federal or state taxes have been withheld, however you may be responsible to make payment.

No offsets (reductions) were made for any type of income other than Workers Compensation payments made to you. A request from our Claims Administrator, Ameriben, has been mailed to you asking for updated information from other income sources, for example Social Security Disability benefits. If you have received income subject to offset (reduction) according to the terms of the Plan, you will be required to disclose that information and to either pay back any overpayment made by the Plan or offset (reduce) future payments by the amount received.

Sincerely,

Mike Hodge
Director, Health & Welfare Programs
New Albertson's, a SUPERVALU Company

CC: Terrance J. Coleman, Esq.
    Pillsbury & Levinson, LLP
    600 Montgomery Street, Thirty-First Floor
    San Francisco, CA 94111