UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CIVIL MINUTES*

**Judge: WILLIAM ALSUP**

**Date**: March 6, 2008

**Case No:** C 07-04529 WHA

**Case Title**: KAMAL JOHAL v. ALBERTSON'S INC., et al.

**Appearances:**

    For Plaintiff(s): Terrence Coleman

    For Defendant(s): Robert Pohls

**Deputy Clerk**: Rowena B. Espinosa         **Court Reporter**: Kathy Wyatt

## *PROCEEDINGS*

1. Case Management Conference - held

MOTION/MATTER:  ( ) Granted
                ( ) Denied
                ( ) Granted in part/Denied in part
                ( ) Taken under submission
                ( ) Withdrawn/Off Calendar
                ( ) Continued to:

Order to be prepared by:     ( ) Plaintiff   ( ) Defendant   (X) Court

## *SUMMARY*

- Court trial is set for 11/03/08. The Court will give all other dates by way of an order to be issued shortly.
- This matter is referred to mediation.

Cc: ADR