# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Johal,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>Albertson's Inc.,<br><br>　　　　　　Defendant(s). | 07-04529 WHA MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　　The court notifies the parties and counsel that the Mediator assigned to this case is:

**Eric Ivary**
1999 Harrison St., Suite 1600
Oakland, CA 94612
415-776-7292
eric@ericivarymediations.com

　　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-04529 WHA MED　　　　　　　　　　- 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: April 17, 2008

>                    RICHARD W. WIEKING
>                    Clerk
>                    by:    Claudia M. Forehand
>
>                    _____
>                    ADR Case Administrator
>                    415-522-2059
>                    Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-04529 WHA MED                           - 2 -