ALTERNATIVE DISPUTE RESOLUTION PROGRAM
## UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-2059

July 3, 2008

Terrence J. Coleman
Pillsbury & Levinson LLP
Transamerica Pyramid
600 Montgomery St., 31st Floor
San Francisco, CA 94111
(415) 433-8000

Jason George Gong
Robert Reins Pohls
Stacey Lynn Leask
Pohls & Associates
12657 Alcosta Blvd., Suite 150
San Ramon, CA 94583
(925) 973-0300

Jeffrey J. Droubay
W. Mark Gavre
201 S. Main, Suite 1800
Salt Lake City, UT 84111
(801) 532-1234

Re:  Johal v. Albertson's Inc.
     <u>Case No. C 07-04529 WHA MED</u>

Dear Counsel:

The ADR Program would like to convene a conference call with the ADR Program's legal staff to discuss the Mediation referral. We would like to schedule this for **Wednesday, July 9, 2008 at 10:30 a.m.** Plaintiff's office should initiate the call to all participants then call the ADR phone conference line 415-522-4603. If you are unavailable at this time, please contact the other counsel and provide me with three alternative times everyone is available during the same week.

Thank you for your attention to this matter.

Sincerely,

Claudia M. Forehand
ADR Case Administrator
415-522-2059