# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Johal, | No. C 07-04529 WHA MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Albertson's Inc., | |
| Defendant(s). | |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE session on (date) __7-22-08__

2. Did the case settle?    ☑ fully    ☐ partially    ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. IS THIS ADR PROCESS COMPLETED?    ☑ YES    ☐ NO

Dated: __7-22-08__          _____
                              Mediator, Eric Ivary
                              1999 Harrison St., Suite 1600
                              Oakland, CA 94612

Certification of ADR Session
07-04529 WHA MED