1  Terrence J. Coleman   (State Bar No. 172183)
   PILLSBURY & LEVINSON, LLP
2  The Transamerica Pyramid
   600 Montgomery St., 31st Floor
3  San Francisco, California 94111
   Telephone: (415) 433-8000
4  Facsimile:  (415) 433-4816
   Email: tcoleman@pillsburylevinson.com
5
   Attorneys for Plaintiff
6  KAMAL JOHAL

7  W. Mark Gavre, Pro Hac Vice
   PARSONS BEHLE & LATIMER
8  One Utah Center
   201 South Main Street, Suite 1800
9  Salt Lake City, UT  84111
   Telephone:  801-532-1234
10 Facsimile: 801-536-6111
   Email: mgavre@parsonsbehle.com
11
   Attorneys for Defendants
12 ALBERTSON'S, INC. AND ALBERTSON'S, INC.
   EMPLOYEES' DISABILITY PLAN
13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16

17 KAMAL JOHAL,                        ) Case No.  C-07-04529 WHA
                                       )
18              Plaintiff,             ) **STIPULATION TO DISMISS**
                                       ) **ACTION WITH PREJUDICE;**
19 v.                                  ) [~~PROPOSED~~] **ORDER THEREIN**
                                       )
20 ALBERTSON'S, INC.; ALBERTSON'S,     )
   INC. EMPLOYEES' DISABILITY PLAN;    )
21 et al.,                             )
                                       )
22              Defendants.            )
                                       )
23

24

25     The parties to the above-entitled action, plaintiff KAMAL JOHAL ("plaintiff") and

26 defendants ALBERTSON'S, INC. ("Albertson's") and ALBERTSON'S, INC.

27 EMPLOYEES' DISABILITY PLAN (the "Plan") (hereinafter jointly "defendants"), through

28

-1-
STIPULATION TO DISMISS ACTION WITH PREJUDICE; [PROPOSED] ORDER THEREIN         Case No. C-07-04529 WHA

their respective attorneys of record, hereby stipulate that the above-captioned action shall be dismissed with prejudice based on the settlement agreement reached by the parties.

Dated: August 21, 2008

PILLSBURY & LEVINSON, LLP

By: _____
Terrence J. Coleman
Attorneys for Plaintiff
KAMAL JOHAL

Dated: August ____, 2008

PARSONS BEHLE & LATIMER

By: _____
W. Mark Gavre
Attorneys for Defendants
ALBERTSON'S, INC. AND ALBERTSON'S, INC. EMPLOYEES' DISABILITY PLAN

## ORDER

**IT IS SO ORDERED** that this action is dismissed with prejudice in its entirety pursuant to the Stipulation of the parties.

Dated: _____

_____
WILLIAM ALSUP
JUDGE, UNITED STATES DISTRICT COURT

1  their respective attorneys of record, hereby stipulate that the above-captioned action shall be
2  dismissed with prejudice based on the settlement agreement reached by the parties.
3
4  Dated: August _____, 2008                PILLSBURY & LEVINSON, LLP
5
6                                           By: _____
                                             Terrence J. Coleman
7                                            Attorneys for Plaintiff
                                             KAMAL JOHAL
8
9  Dated: August 21, 2008                   PARSONS BEHLE & LATIMER
10
11                                          By: _____
                                             W. Mark Gavre
12                                           Attorneys for Defendants
                                             ALBERTSON'S, INC. AND ALBERTSON'S,
13                                           INC. EMPLOYEES' DISABILITY PLAN
14                                          **ORDER**
15    **IT IS SO ORDERED** that this action is dismissed with prejudice in its entirety
16  pursuant to the Stipulation of the parties.
17
18  Dated: August 22, 2008.
                                            _____
19                                          WILLIAM ALSUP
                                            JUDGE, UNITED STATES DISTRICT COURT

*IT IS SO ORDERED — Judge William Alsup*